No. 8950.

THE STATE EX REL. MRS. M. LEWIS VS. THE JUDGE OF THE SECOND CITY COURT OF NEW ORLEANS.

A City Judge has jurisdiction in an ejectment proceeding, by landlord against tenant, and can determine whether the defendant holds or not under a lease at a price exceeding one hundred dollars. 34 An. 1142, reaffirmed.

When it is not shown that he has abused his powers by arbitrarily usurping jurisdiction over the subject matter, a prohibition will not issue.

APPLICATION for Writ of Prohibition.

*S. Belden & R. B. Elliott* for the Relatrix.
*A. J. & O. Villeré* for the Respondent.

The opinion of the Court was delivered by BERMUDEZ, C. J.

No. 8942.

R. AND J. HOLDEN VS. THE JUDGE OF THE SECOND CITY COURT OF NEW ORLEANS.

Under an application for prohibition, the Court will not inquire into the jurisdiction of a court to issue a writ of sequestration, when, prior to the application, the case has passed to final judgment, and the property which had been sequestered had been seized under a writ of *fi. fa.*

When property claimed to be exempt from seizure has been seized under a *fi. fa.*, the question of its exempt character is one of mixed law and fact, proper for the court to pass on, and mere error in such determination, unless gross and wilful, will not furnish ground for prohibition.

APPLICATION for Writs of Certiorari and Prohibition.

*E. T. Florance*, for the Relator.
Defendant *in propria persona*.

The opinion of the Court was delivered by FENNER, J.